

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00071-CV

| | |
|---|---|
| IN THE INTEREST OF J.R., A CHILD | § On Appeal from the 360th District Court |
| | § of Tarrant County (360-705314-21) |
| | § January 18, 2024 |
| | § Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. The "Final Order in Suit to Modify Parent–Child Relationship" is modified to delete the section titled "Medical Support Judgment" that awards an unpleaded arrearage for unreimbursed dental expenses. It is ordered that the order of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By    /s/ Dabney Bassel
        Justice Dabney Bassel